DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KYLE R. HUTCHINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-576

[July 18, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case No. 2007CF010381A.

Kyle R. Hutchins, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\*　　　　\*　　　　\*

***Not final until disposition of timely filed motion for rehearing.***